No. 04-02-00602-CR


Abelardo ARREOLA,

Appellant


v.


The STATE of Texas,

Appellee


From the 290th Judicial District Court, Bexar County, Texas

Trial Court No. 2002-CR-0447

Honorable Sharon MacRae, Judge Presiding



PER CURIAM

 

Sitting: Phil Hardberger, Chief Justice

 Alma L. López, Justice

 Sandee Bryan Marion, Justice



Delivered and Filed: October 2, 2002


DISMISSED FOR LACK OF JURISDICTION


 The defendant, Abelardo Arreola, filed a general notice of appeal to complain of a conviction
based on a plea of nolo contendere. The punishment assessed did not exceed the punishment
recommended by the State and agreed to by the defendant. The trial court did not grant defendant
permission to appeal.

 Because defendant's notice of appeal does not comply with Texas Rule of Appellate
Procedure 25.2(b)(3), this court does not have jurisdiction to consider defendant's complaints on
appeal. White v. State, 61 S.W.3d 424 (Tex. Crim. App. 2001); Cooper v. State, 45 S.W.3d 77 (Tex.
Crim. App. 2001). We therefore dismiss the appeal for lack of jurisdiction.

 PER CURIAM

DO NOT PUBLISH